UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

EDGARDO RODRIGUEZ,
                    Petitioner

v.                                                CA 05-30170-MAP

UNITED STATES OF AMERICA,
                    Respondent

ORDER

July 22, 2005

PONSOR, D.J.

    Before the Court is a petition filed pursuant to 28 USC
2255. It is hereby ordered that the Clerk serve a copy of said
petition on the United States Attorney and that the respondent
file a response to the petition within thirty(30) days of the
date of this Order.

    It is so ordered.

                              /s/Michael A. Ponsor
                              United States District Judge