UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EDGARDO RODRIGUEZ | ) | Cv. No. 05-30170-MAP |
| | ) | Cr. No. 98-30026-MAP |
| v. | ) | |
| UNITED STATES OF AMERICA | ) | |

MOTION TO CONTINUE RESPONSE TO 28 U.S.C. § 2255 PETITION

The United States of America, by and through its undersigned attorneys, hereby files this Motion to Continue Response to 28 U.S.C. § 2255. The government's response to the Petition is currently due on August 22, 2005. The government relies upon the following in support of its motion.

The undersigned counsel for the government was not previously involved in this case and therefore needs to have the original file retrieved from storage and review it prior to preparing a response. Therefore, the government moves that its response to Edgardo Rodriguez's 28 U.S.C. § 2255 Petition be

1

continued until September 30, 2005.

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>TODD E. NEWHOUSE
>Assistant United States Attorney

### CERTIFICATE OF SERVICE

Hampden, ss.                              Springfield, Massachusetts
                                          August 11, 2005

I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing, via mail to Edgardo Rodriguez, reg. no. 90441-038, FCI Ft. Dix, P.O. Box 7000, Ft. Dix, NJ 08640.

>TODD E. NEWHOUSE
>Assistant U.S. Attorney