# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

EDGARDO RODRIGUEZ,

   Petitioner

         v.                CIVIL ACTION NO. 3:05 -30170 -MAP

UNITED STATES OF AMERICA,

   Respondent

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the respondent United States of America, against the petitioner Edgardo Rodriguez, pursuant to the court's memorandum and order entered this date, denying the petitioner's motion to vacate, set aside or correct sentence.

                                      **SARAH A. THORNTON**,
                                      CLERK OF COURT

Dated: September 21, 2005        By /s/ *Maurice G. Lindsay*
                                        Maurice G. Lindsay
                                        Deputy Clerk

(Civil Judgment re Pet v. Resp.wpd - 11/98)
      [jgm.]